UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  : 23-Cr-281(SHS)

-against-  :

ELIZABETH TORRES,  : ORDER

Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The parties having agreed to the following conditions of bail,

IT IS HEREBY ORDERED that:

1. A $50,000 unsecured personal recognizance bond, signed by the defendant;

2. Defendant shall surrender her passport and make no new applications;

3. Pretrial supervision as directed by Pretrial Services;

4. Travel is restricted to the continental United States; and

5. Ms. Torres shall be released on her own signature.

6. Ms Torres is prohibited from possessing any firearm.

7. Drug testing + treatment as directed.

8. Mental health evaluation and treatment as directed.

Dated: New York, New York
June 7, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 7 2023