UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 23-Cr-281 (SHS) |
| v. | : | <u>ORDER</u> |
| ELIZABETH TORRES, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

At the request of the parties,

IT IS HEREBY ORDERED that:

1. The sentencing is adjourned to September 21, 2023, at 2:30 p.m.

2. The defense submission is due on or before September 7, 2023; and

3. The government submission is due on or before September 14, 2023.

Dated: New York, New York
       June 9, 2023

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.