UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA,

- against -

ELIZABETH ANN TORRES,

Defendant.

---------------------------------------------------------x

**ORDER**

Case No.: 1:23-CR-0281 (SHS)

### MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL

I hereby move this Court to file my sentencing memorandum for Defendant ELIZABETH ANN TORRES under seal because it discusses highly sensitive information with regards to ELIZABETH ANN TORRES's case. Accordingly, it would be in ELIZABETH ANN TORRES's best interest that the public at large does not have access to my sentencing memorandum. Therefore, I am requesting that my sentencing memorandum be filed under seal in this case.

Dated: Brooklyn, New York
       October 17, 2023

LANCE LAZZARO
Attorney for Defendant
Lazzaro Law Firm, P.C.
360 Court Street, Suite 3
Brooklyn, New York 11231
(718) 488 – 1900
lazzarolaw@aol.com

Motion granted.

Dated: New York, New York
       October 17, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.