UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

   - against -                           **ORDER**

ELIZABETH TORRES,                Docket No.: 1:23-CR-00281-SHS

                 Defendant.
-----------------------------------------------X

IT IS HEREBY ORDERED that:

That Elizabeth Torres's passport, currently in the custody of the Southern District of New York Probation Office, be released to Ms. Torres.

Dated: October __21__, 2024
       New York, New York

_____
SIDNEY H. STEIN
United States District Court Judge