LAW OFFICES
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:    (718)    488-1900
TELECOPIER:   (718)    488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *

JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

# MEMO ENDORSED

October 30, 2024

**Sent via ECF**
Honorable Sidney H. Stein
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

RE:    United States v. Elizabeth Torres
       Case No.: 1:23-cr-00281-SHS

Dear Judge Stein:

As you are aware, this firm represents Ms. Elizabeth Torres with regards to the above-referenced matter which was terminated on October 31, 2023. Ms. Torres to travel from Miami to Trinidad and Tobago from January 15 to January 22. The primary reason for this trip is for Ms. Torres to spread her mother's ashes in their home country. Ms. Torres plans to take a road trip to Miami on January 5th, 2024, with her partner.

Enclosed, please find a flight itinerary for Ms. Torres's flight to Trinidad and Tobago. Our office has been in touch with AUSA Michael Neff and Probation Officer Sabrina Gargano, and they have no objections to this request. Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

Very Truly Yours,

cc: AUSA Michael Neff via
ECF

LAZZARO LAW FIRM, P.C.

BY: _____
Lance Lazzaro, Esq.

**Request granted. Defendant shall provide all of her travel information to her probation officer.**

**Dated: New York, New York**
**October 31, 2024**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.