LAW OFFICES
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:    (718)    488-1900
TELECOPIER:   (718)    488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF *

JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

## MEMO ENDORSED

January 28, 2025

**Sent via ECF**
Honorable Sidney H. Stein
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

RE:    United States v. Elizabeth Torres
       Case No.: 1:23-cr-00281-SHS

Dear Judge Stein:

As you are aware, this firm represents Ms. Elizabeth Torres with regards to the above-referenced matter which was terminated on October 31, 2023. We are requesting for Ms. Torres to travel from Miami to Rio De Janeiro, Brazil from March 18 to April 16. She will be staying at 621 Visconde De Piraja, Rio De Janeiro, Brazil 22410. Ms. Torres plans to take a road trip to Miami on March 15th, 2025, with her brother.

Enclosed, please find a flight itinerary for Ms. Torres's flight to Rio de Janeiro, Brazil. Our office has been in touch with AUSA Michael Neff and Probation Officer Lisa Famularo, and they have no objections to this request. Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

cc: AUSA Michael Neff via
ECF

Very Truly Yours,

LAZZARO LAW FIRM, P.C.

BY: _____
Lance Lazzaro, Esq.

**Defendant's request to travel is granted.**

**Dated: New York, New York**
**January 28, 2025**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.