**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:  (718)  488-1900
TELECOPIER:  (718)  488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *

JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

June 9, 2025

**Sent via ECF**
Honorable Sidney H. Stein
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

RE:   United States v. Elizabeth Torres
      Case No.: 1:23-cr-00281-SHS

Dear Judge Stein:

As you are aware, this firm represents Ms. Elizabeth Torres with regards to the above-referenced matter which was terminated on October 31, 2023. We are requesting for Ms. Torres to travel from Miami to the Bahamas from July 4 to July 7. Ms. Torres plans to take a road trip to Miami on July 4 with her brother and drive back to New York on July 7.

Enclosed, please find a cruise itinerary for Ms. Torres's trip to the Bahamas. Our office has been in touch with AUSA Michael Neff and Probation Officer Charnice Perez, and they have no objections to this request. Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

cc: AUSA Michael Neff via
    ECF

Very Truly Yours,

LAZZARO LAW FIRM, P.C.

BY: _____
    Lance Lazzaro, Esq.

**The application to travel as set forth above is granted. Defendant shall provide all travel information to her probation officer.**

Dated: New York, New York
       June 9, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

# CheapTickets
Powered by ⊿ Expedia

## 3 Nights | Bahamas | Carnival Cruise Line: Carnival Conquest

**Agency Confirmation #:**
**CMICKSM**

| | | | | | | |
|---|---|---|---|---|---|---|
| Cruise Confirmation | Confirmation: **FP46D6** | Cruise Details: **Carnival Cruise Line** | Embark: **Jul 04, 2025** | Disembark: **Jul 07, 2025** | Status: | ✓ Confirmed |

### Your Itinerary

**Carnival Cruise Line** — Carnival Conquest    Jul 04, 2025 To Jul 07, 2025 | FP46D6 | Confirmed



**03:30 PM** Jul 04, 2025  Embark: Miami — Cruise for 3 Night(s) — **08:00 AM** Jul 07, 2025  Disembark: Miami

| | |
|---|---|
| **Destination:** Bahamas | **Passengers:** 2    **Deck:** Deck 6 - Upper |
| **Cabin:** 6217 | **Dining:** Your Time Dining (Available) |
| **Bedding:** Twin King Converting | **Category:** Balcony Stateroom (8A) |
| **Location:** OCEANVIEW FORWARD STARBOARD | **Supplier Reference:** FP46D6 |

Military Rate

Ports of Call may vary by departure date and subject to weather and other conditions.

**Details:**

Size approx. 185 sq. ft. Balcony: 35 sq. ft.
Every Carnival guest is assured of spacious, comfortable accommodations. All staterooms have carpeting, ample drawer and closet space, private facilities (shower, basin and toilet), telephone and TV. Features 2 twin beds (convert to a king size bed).

Ports of Call may vary by departure date and subject to weather and other conditions.

- **Day 1:** Miami, Fl
  - Jul 04, 2025 | Depart 03:30 PM
- **Day 2:** Fun Day At Sea
  - Jul 05, 2025 |
- **Day 3:** Nassau, The Bahamas
  - Jul 06, 2025 | 08:00 AM To 05:00 PM
- **Day 4:** Miami, Fl
  - Jul 07, 2025 | Arrive 08:00 AM

## $ Price Details

### Cruise - 3 Nights | Bahamas - Carnival Cruise Line: Carnival Conquest

| GUEST INFORMATION | CRUISE FARE | TAXES | TOTAL DUE |
|---|---|---|---|
| Ms Elizabeth Ann Torres | $668.67 USD | $105.33 USD | $774.00 USD |
| Ms Donna Carrillo | $668.67 USD | $105.33 USD | $774.00 USD |
| **Grand Total** All prices are in USD | | | **$1,548.00 USD** |

## Guest Information

### Passenger 1

**Name:**
Ms Elizabeth Ann Torres
**Email Address:**
elizabethanntorress@gmail.com

**Date of Birth:**
*/**/****
**Home Phone:**
+17193443922

### Passenger 2

**Name:**
Ms Donna Carrillo
**Email Address:**
donna.carrillo2@gmail.com

**Date of Birth:**
*/**/****
**Home Phone:**
+19733366066

## Insurance

**No Insurance Selected**

You have declined the recommended addition of travel insurance. For assistance with your travel insurance options, please contact **Generali Global Assistance at 1-800-551-9242.**

| Payment Schedule - Customer | Due Date | Due Amount | Paid Date | Paid Amount | Customer Balance Due |
|---|---|---|---|---|---|
| Full Carnival Conquest-Jul 04 2025 | May 27 2025 12:50 | $1,548.00 USD | May 26 2025 12:55 | $1,548.00 USD | $0.00 USD |
| Total | | $1,548.00 USD | | $1,548.00 USD | $0.00 USD |

## Cancellation Rules & Restrictions

| Type | Start Date | Charges |
|---|---|---|
| Per person | May 26 2025 | $100.00 USD |
| Per person | May 26 2025 | 50 % |
| Per person | Jun 06 2025 | 75 % |
| Per person | Jun 21 2025 | 100 % |

Guests must arrive on time at the port and at their designated boarding appointment time. Except as otherwise expressly provided in Carnival's

cancellation and Refund Policy, you will be issued a refund by Carnival for unused tickets or partially used tickets, or includes coverage for travel cancellation or interruptions.

Cancellation charges for all bookings will be assessed as listed below. Guests who have made reservations for multiple occupancy cabins (for example for three, four, or five persons) are subject to the cancellation charges and schedule below for the entire cabin reservation, even if Guest does not cancel his or her individual reservation and even if the names of all persons to be in the same cabin as Guest are not provided at the time of booking. Guests whose embarkation is denied under Section 2(g) above (related to background checks and conduct) are also subject to the cancellation schedule below as are Guests who have made bookings as part of the same travelling party as a Guest who is denied embarkation, as set forth under Section 2(g) above.

Guest agrees that any losses sustained by Carnival in the event of cancellation would be very difficult or impossible to quantify, and the cancellation fees are fair and reasonable as liquidated damages.

| Cancellation Policy for Cruises | | |
|---|---|---|
| Cruise Length | Days Prior to Departure | Cancellation Fee Per Person |
| 2 - 5 day cruises (excluding all Alaska, Europe, Transatlantic, and Panama Canal cruises) | Up to 76 days | None (except Cruise Charges with non-refundable payments*) |
| | 75 to 56 days | Deposit |
| | 55 to 30 days | Deposit or 50% of total fare, whichever is greater |
| | 29 to 15 days | Deposit or 75% of total fare, whichever is greater |
| | 14 days or less | 100% of total fare |
| 6 days or longer cruises (including all Alaska, Europe, Transatlantic, and Panama Canal cruises) | Up to 91 days | None (except Cruise Charges with non-refundable payments*) |
| | 90 to 56 days | Deposit |
| | 55 to 30 days | Deposit or 50% of total fare, whichever is greater |
| | 29 to 15 days | Deposit or 75% of total fare, whichever is greater |
| | 14 days or less | 100% of total fare |

Total Fare is defined as Cruise Charges, Transfer Services, Pre/Post Cruise Vacation Packages and Air Supplements (excluding Restricted Air which is non-refundable any time after booking). Government Taxes and Fees, as shown on your cruise invoice, as well as any prepaid Service Gratuity, will not be subject to a cancellation penalty and will be refunded in case of cancellation.

*Certain promotional offers may not be listed on this page, please refer to the terms and conditions of your specific promotion for more details. A full ship charter and a group contract other than this Ticket Contract may specify their own cancellation charge schedule.

Except as otherwise provided in Carnival's Cancellation and Refund Policy, the deposit under Early Saver is non-refundable. All cancellations that occur prior to final payment due date will receive a non-refundable and non-transferable future cruise credit, redeemable for US dollars bookings, in the amount of the deposit less a $50 per person service fee. The future cruise credit must be used for a new reservation made within 12 months from the date of cancellation, is applicable to any Carnival Cruise Line sailing available in US dollars and can only be applied to the price of your future cruise. Any unused portion will be forfeited.

(Last updated: April 14, 2025. Click here to view the latest policy provided by the cruise line.)

If you have purchased a specially priced promotion where the deposit is 100% non-refundable from the point of payment, you are not entitled to any refund, payment, compensation, or credit whatsoever of your deposit under any circumstance if you cancel your bookings.

Please note the above cancellation penalties are subject to change.

## Bonus Offers

Cruise Bonus Offers (Carnival Cruise Line - Carnival Conquest)



### 10% off Shore Excursions!

Book Your Cruise Online with Expedia & Save on Shore Excursions! Book your cruise on Expedia.com today and receive a 10% off coupon to book your shore excursions through Shore Excursions Group. Explore a wide range of shore activities, including scenic tours, active excursions, cultural experiences, water adventures, beach escapes, and more!

### Terms and Conditions:

The shore excursion offer applies to new qualifying cruise bookings on Expedia. Use the coupon code from your confirmation email at checkout when purchasing excursions. The coupon is combinable with all other offers (except other shore excursion promotions). Shore excursions must be booked at least 3 days prior to sailing. Excursions are provided by Shore Excursions Group, a preferred partner of Expedia, and may differ from those offered by the cruise line. The offer is per stateroom, not per person, and is subject to availability. Refunds will not be given if the coupon code isn't applied at checkout. Customers must adhere to Shore Excursions Group's terms and conditions.

## Cruise Notes

Your cruise reservation has been created and is pending credit card authorization from your credit card provider. We have generated this confirmation in order to confirm receipt of your booking. Please note, however, that your booking is still subject to cancellation unless payment is processed and successfully received by the cruise line. If your credit card is declined for any reason, and your cruise reservation is cancelled due to lack of payment, you will be responsible for any rebooking fees as imposed by the cruise line including possible price, cabin number, dining and category changes.

**Payment Reminder:** If you have an outstanding balance due, it's your responsibility to pay off the remaining amount before the indicated next due date, or your cruise vacation may be automatically canceled. Note that the credit card you initially booked with is not automatically charged for subsequent payments.

**Documentation Requirements:** Valid travel documentation is required for entry into the countries listed in your itinerary. Please note that entry into another country may be refused even if the required information and travel documents are complete. The expiry date of your Passport(s) is required to be valid for at least 6 months past your expected return date. For citizens of certain countries, including Canada & US, visa may be required for entry into some countries that your cruise will visit. Please check with the proper government authorities for specific requirements to avoid any entry issues. CheapTickets.com is not responsible for any missing or inaccurate information provided to it concerning required documentation for travelers, or any changes to documentation requirements. It is the responsibility of the traveler to determine what travel documents are required, and to obtain all necessary documentation.

**Disclaimer:** We own and operate our websites, apps and online tools, and the travel suppliers provide the travel services such as cruises, stays at a property, flights, car rental or things to do, etc.

To the maximum extent permitted by law, our Group of Companies and our Partners will not be liable for:

- any such Travel Services that the Travel Providers make available to you
- for the acts, errors, omissions, representations, warranties or negligence of any such Travel Providers, or
- for any personal injuries, death, property damage or other damages or expenses resulting from the above.

Unless the term "guaranteed" is specifically stated in writing on your ticket, invoice or reservation itinerary, we do not guarantee any such supplier's rate, bookings or reservation. CheapTickets.com shall not be responsible for any injuries, damages, or losses caused to any traveler in connection with terrorist activities, social or labor unrest, mechanical or construction difficulties, diseases, local laws, climate conditions, abnormal conditions or developments, or any other actions, omissions or conditions outside CheapTickets.com's control. By embarking upon his / her travel, the traveler(s) voluntarily assume(s) all risks with such travel, whether expected or unexpected. Traveler is hereby warned of such risks, and is advised to obtain appropriate insurance coverage against them. Your retention of tickets, reservations, or bookings after issuance shall constitute a consent to the above, and an agreement on your part to convey the contents hereto to your travel companions or group members.

Thank you for choosing CheapTickets.com and for trusting your travel plans with us. We are committed to providing you with world-class service.

Regards
CheapTickets.com

**Book Now. Pay Later.**

Spread the cost of your trip over easy, monthly installments. Just choose **Flex Pay** at checkout.

**Book Your Shore Excursions and Save!**

Save up to 40% on top-rated excursions with Shore Excursions Group. Plus, use coupon code **Cheaptickets10HM** to get an extra 10% off your booking today.

Click here to book now!

## Where to find help

Contact CheapTickets for further guidance on your itinerary.

For special requests or questions about the trip, please call an CheapTickets Cruise Specialist at <> or visit our Customer Support Page.

## Policies

Terms of Service
https://www.CheapTickets.com/lp/lg-terms

CheapTickets's Privacy Policy
https://www.CheapTickets.com/legal/privacy

Privacy statement - Customer service

This email and its links may contain your personal information; please only forward to people you trust.

You are receiving this transactional email based on a recent booking, interaction with us, membership or account update on CheapTickets.

© 2025 Expedia, Inc., an Expedia Group company. All rights reserved. CheapTickets, CheapTicketes.com and the CheapTickets logo are registered trademarks of Expedia, Inc. CST# 2029030-50.